IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRINCE NELLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-646-WKW |
| | ) |
| ROBERT BENTLEY, | ) |
| MIKE HUBBARD, | ) |
| JEFFERSON S. DUNN, | ) |
| CLIFF WALKER, | ) |
| BILL WAYNE, | ) |
| EDDIE COOK, JR., and | ) |
| PHIL BRYANT, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On December 15, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED:

1. The Recommendation (Doc. # 21) is ADOPTED.

2. The claims of Plaintiff Prince Nellon against Defendants Robert Bentley, Mike Hubbard, Jefferson S. Dunn, Cliff Walker, Bill Wayne, Eddie Cook, Jr., and Phil Bryant are DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 3rd day of April, 2017.

                                            /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE